FRANK A. WEISER, (Bar No. 89780)
LAW OFFICES OF FRANK A. WEISER
3460 Wilshire Blvd., Ste. 1212
Los Angeles, California 90010
Tel: (213) 384-6964
Fax: (213) 383-7368
E-Mail: maimons@aol.com

Attorneys for Plaintiffs
MS & SONS HOSPITALITY, LLC;
a California Limited Liability
Company, and BRYAN M. PATEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS & SONS HOSPITALITY, LLC, a California Limited Liability Company; BRYAN M. PATEL, | Case No. |
| | **COMPLAINT FOR DAMAGES; INJUNCTIVE AND DECLARATORY RELIEF** |
| Plaintiffs, | **[Violation of Federal Civil Rights- 42 U.S.C. Section 1983]** |
| vs. | |
| COUNTY OF RIVERSIDE, a municipal corporation; DEPUTY SHERIFF MATT DIAZ; DEPUTY SHERIFF J. BUGARIN, DEPUTY SHERIFF TOPPING; DEPUTY SHERIFF J. GARCIA, DEPUTY SHERIFF QUZADA, sued as DOE 1; AND DOES 2 THROUGH 10 INCLUSIVE, | **DEMAND FOR FOR JURY TRIAL** |
| Defendants. | |

1

Plaintiffs MS & SONS HOSPITALITY, LLC; a California Limited Liability Company, and BRYAN M. PATEL (collectively "Plaintiffs," or "MS," "BP") hereby file the following Complaint and state and allege as follows:

## JURISDICTION AND VENUE

1.     Jurisdiction of the federal court exists pursuant to 28 U.S.C. Section 1331 and 28 U.S.C. Section 1343 (a)(3).  This action, which arises under the laws and Constitution of the United States, specifically, the Fourth, Fifth and Fourteenth Amendments of the United States Constitution, and involves violations of federal law actionable pursuant to 42 U.S.C. Section 1983.

2.     Venue is proper in this District pursuant to 28 U.S.C. Section 1391(b) in that the Defendant COUNTY OF RIVERSIDE, a municipal corporation ("County") is a public entity residing in this District, the individual Defendants reside in this district and the claims arose in this District.

## PARTIES

3.     Plaintiff MS is a California Limited Liability Company duly formed and existing under the laws of the State of California and is the the legal owner of real property and a motel operating on such property commonly known as the MOTEL 6 - THOUSAND PALMS ("Property," or "Motel") at 72215 Varner Road, Thousand Palms, CA 92276..

4.     Plaintiff BP manages and operates the motel and sues in this case individually.

2

5.      The County is a municipal corporation formed and operating under its local charter and the laws of the State of California.

6.      The Defendant DEPUTY SHERIFF MATT DIAZ ("MD") is a investigator with the County's Sheriff's Department. MD has a County Sheriff Badge No. 2837.

7.      The Defendant DEPUTY SHERIFF  J. BUGARIN  ("JB") is a deputy sheriff with the County's Sheriff's Department. JB has a County Sheriff Badge No. 5177.

8.      The Defendant DEPUTY SHERIFF TOPPING  ("TP") is a deputy sheriff with the County's Sheriff's Department. TP has a County Sheriff Badge No. 5695.

9.      The Defendant DEPUTY SHERIFF J. GARCIA  ("JG") is a deputy sheriff with the County's Sheriff's Department. JG has a County Sheriff Badge No. 2710.

10.      The Defendant DEPUTY SHERIFF QUZADA, sued as Doe 1 ("QD") is a deputy sheriff with the County's Sheriff's Department. QD's County Sheriff Badge No. Is unknown at this time and QD is sued as DOE 1.

11.      The true names and capacities, whether individual, corporate, associate or otherwise, herein named as DOES 2  through 10, and persons heretofore unknown involved in the actions taken against plaintiffs  are unknown to him at this time. Plaintiff s are  informed and believe and based thereon alleges that each of the DOE defendants are responsible in some

3

manner for the occurences herein referred to, and that plaintiffs' injuries and damages as herein alleged were proximately caused by those defendants. Plaintiffs sue said defendants by such fictitious names on the grounds that the true names and capacities of said defendants are unknown to them at this time. Plaintiffs will amend this complaint when the true names and capacities of said DOE defendants are ascertained. Each reference in this complaint to "defendant", "defendants" or a specifically named defendant also refers to defendants sued under fictitious names.

## PRELIMINARY FACTUAL HISTORY

12.     On April 9, 2020, April 23, 2020, and July 1, 2021.the defendants, and each of them, came onto the motel without plaintiffs' consent or a warrant and searched and then seized and closed a portion of the motel, including three motel units, not allowing BP to leave the motel, and which lasted on each occassion for hours, and that in the process destroyed the motel units searched, claiming to be looking for several individuals.

13.   As a result of the actions taken by the defendants set forth in paragraph 12 above, the motel units 140, 200, and 252 were searched and closed by the defendants, once again without plaintiffs' consent or a warrant, and closed the units to the public. No hearing has been provided to the plaintiffs either before or after the temporary closure of the motel and the three units despite plaintiffs request and demand for such a hearing.

14.   As a result of the actions of .the defendants, and each of them, the plaintiffs have suffered severe economic and non-economic damages.

Based on the above facts, plaintiffs allege the following claims:

4

## FIRST CLAIM FOR RELIEF

### (Violation of Civil Rights Under 42 U.S.C. Section 1983

### by Plaintiffs Against All Defendants)

15.   Plaintiffs  reallege and incorporate herein by reference to each and every allegation contained in Paragraphs 1 through 14, and all its subparts, inclusive, as set forth hereinabove.

16.   Plaintiffs are informed and believe, and based upon such information and belief alleges, that in doing all of the things herein mentioned, the defendants, and each of them, acted under color of the statutes, regulations, customs and usages of the County of Riverside, and the State of California for purposes of "state action" and "color of law" under 42 U.S.C. Section 1983.

17.   Plaintiff s are further informed and believe, and based upon such information and belief allege, that by taking the actions hereinabove alleged in paragraphs 1-14 above, the defendants, and each of them, violated and further threaten to violate the constitutional and civil rights of plaintiffs, in particular its individual rights under the Fourth and Fourteenth Amendments of the United States Constitution to be free from to be free from an unreasonable search and seizure of their person and  property; and further violated and threatens to violate under the Fifth Amendment and Fourteenth Amendments of the United States Constitution the Takings Clause; further violated and thhreaten to violate their individual rights under the substantive and procedural components of the Due Process Clause of the Fourteenth Amendment.

18.  The defendants actions described in paragraphs 1-14 above were done pursuant to official policy, custom, or practice of the County, and the individual defendants are not entitled to qualified immunity..

19.  As a proximate result of the foregoing acts of defendants, and each of them, plaintiff has suffered extreme hardship and damages, which damages include, but is not limited to, economic damages, according to proof at trial, but not less than $5,000,000.00; and to appropriate declaratory and injunctive relief, against all the defendants, and to its reasonable attorneys fees under 42 U.S.C. section 1988.

WHEREFORE, Plaintiffs pray judgment against Defendants, and each of them, as follows:

## FIRST CLAIM FOR RELIEF

1.  For damages according to proof at trial, but not less than $5,000,000.00;

2.  For appropriate declaratory and injunctive relief,

3.  For attorney's fees pursuant to 42 U.S.C. Section 1988;

4.  For costs of suit; and

5.  For such other and further relief as the Court deems just and proper.

DATED: January  7, 2022                     LAW OFFICES OF FRANK A.
                                            WEISER


                                            By: _____
                                            FRANK A. WEISER, Attorney for
                                            Plaintiffs MS & SONS HOSPITALITY,
                                            LLC; a California Limited Liability
                                            Company, and BRYAN M. PATEL

6

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial pursuant to F.R.C.P. 38.

DATED: January  7, 2022          LAW OFFICES OF FRANK A.
WEISER

By: _____
FRANK A. WEISER, Attorney for
Plaintiffs MS & SONS HOSPITALITY,
LLC; a California Limited Liability
Company, and BRYAN M. PATEL

7